■ ASHTON BLAIR MCEVOY, Respondent, v MULDOON & GETZ et al., Appellants. [45 NYS3d 844]—Appeal from an order of the Supreme Court, Niagara County (Mark A. Montour, J.), entered May 2, 2016. The order denied defendants' motion for summary judgment dismissing plaintiff's complaint.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on August 17, 2016, and filed in the Niagara County Clerk's Office on September 29, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK L. HALL, Appellant. [45 NYS3d 845]—Appeal from a judgment of the Niagara County Court (Sara S. Farkas, J.), rendered March 27, 2013. The appeal was held by this Court by order entered April 29, 2016, decision was reserved and the matter was remitted to Niagara County Court for further proceedings (138 AD3d 1407 [2016]).

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 9, 2016, with attached affidavit sworn to on November 21, 2016 by defendant,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Whalen, P.J., Peradotto, Carni, DeJoseph and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM O. KUYAL, JR., Appellant. [45 NYS3d 836]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered March 2, 2015. The judgment convicted defendant, upon his plea of guilty, of vehicular assault in the second degree and driving while ability impaired by the combined influence of drugs or of alcohol and any drug or drugs.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Peradotto, J.P., Carni, Lindley, Curran and Scudder, JJ.